**CRIMINAL MINUTES**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

**CASE NO.** 2:18-mj-44  **DATE** 10-17-2018  **TIME** 10:17-10:20

**USA v.** Clifford Reynovich  **TAPE NO.** FTR-CR1  **JUDGE** WOOD

**BEFORE JAMES E. GRAHAM, U.S. MAGISTRATE JUDGE**    **INTERPRETER:**

| | | |
|---|---|---|
| X | **DEFENDANT PRESENT** | |
| X | **COUNSEL FOR DEFENDANT** | Whitney Johnson |
| X | **ASSISTANT U.S. ATTORNEY** | John Harper |
| X | **DEPUTY CLERK** | Kim Mixon |
| X | **U.S.P.O** | Fonda Dixon |
| X | **U.S. MARSHAL** | Jay Ciambrone   Marty Fitzjurls   X Jason Parnell |
| X | **INITIAL APPEARANCE** | **ARRAIGNMENT** |

X  DEFENDANT ____ ARRESTED ON ____   X  IN CUSTODY OF USM ON  10-17-2018

____ COPY OF ____ INDICTMENT ____ COMPLAINT  GIVEN TO DEFENDANT

X  DEFENDANT ADVISED OF RIGHTS

____ INDICTMENT READ TO DEFENDANT

X  PRETRIAL SERVICES REPORT FURNISHED TO COUNSEL AND COURT

____ CONSULAR NOTIFICATION WAIVER EXECUTED

X  DEFENDANT REMAINDED TO CUSTODY OF U.S. MARSHAL TO BE TRANSPORTED TO NORTHERN DISTRICT OF OHIO.

INITIAL APPEARANCE AS TO DEFENDANT ON WARRANT FOR THE ARRET OF A WITNESS OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE. COPY PROVIDED TO DEFENDANT.

NO FINANCIAL AFFIDAVIT PROVIDED.  DEFENDANT WAIVES RIGHT TO IDENTITY/BOND/DETENTION HEARINGS.

ORDER THAT DEFENDANT BE TRANSPORTED TO NORTHERN DISTRICT OF OHIO TO APPEAR IN CASE SCHEDULED FOR TRIAL ON 10/23/2018.